## H. C. Forney, Appellee, v. Crawford Locomotive & Car Company, Appellant.

### Gen. No. 5,849.   (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDRIDGE, Judge, presiding.   Heard in this court at the October term, 1913.   Reversed.   Opinion filed April 15, 1914.

### Statement of the Case.

Action by H. C. Forney against Crawford Locomotive & Car Company, a corporation, to recover a balance claimed to be due for wages.   The plaintiff was a brother of the plaintiff in the case of *Forney v. Crawford Locomotive & Car Co., ante,* p. 231, and hired out at the same time and each testified for the other substantially to the same facts as in that case.   This case is practically and substantially the same as that case and the decision rendered therein *held* controlling.

ROBERT E. LARKIN, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

---

## T. D. Murdock et al., Appellants, v. The Calgary Colonization Company, Appellee.

### Gen. No. 5,850.   (Not to be reported in full.)

Appeal from the Circuit Court of Warren county; the Hon. ROBERT J. GRIER, Judge, presiding.   Heard in this court at the April term, 1914.   Appeal dismissed.   Opinion filed April 15, 1914.

## Statement of the Case.

Action by T. D. Murdock and R. V. Field against The Calgary Colonization Company to recover on a contract for commissions on the sale of land, which contract was oral. There was a plea of the statute of limitations of the State of Manitoba, where the contract was made, and a demurrer thereto which was overruled. Thereafter defendant withdrew its plea of the general issue and plaintiffs elected to stand by their demurrer. Thereupon a judgment for costs was entered in favor of defendant against the plaintiffs. From the judgment, plaintiffs appeal.

E. P. Field and Safford & Graham, for appellants.

Brown & Soule, for appellee.

Mr. Presiding Justice Whitney delivered the opinion of the court.

## Abstract of the Decision.

Appeal and error, § 278*—*when judgment for costs on overruling a demurrer is not final.* A judgment against plaintiffs for costs, where the court overruled plaintiffs' demurrer to a plea and the plaintiffs elected to stand by their demurrer, *held* not a final judgment where it did not adjudge that "plaintiffs take nothing by their suit and that defendants go hence without day."

---

## George H. Molner, Appellee, v. Anna Molner, Appellant.

### Gen. No. 5,859. (Not to be reported in full.)

Appeal from the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed April 15, 1914.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.